PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-154-SKO |
|---|---|
| Plaintiff, | |
| v. | MOTION TO DISMISS COMPLAINT |
| ARMANDO CARRANZA, | |
| Defendants. | |

    Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order dismissing the complaint. The interests of justice, at this time, would be best served by having the court dismiss the pending criminal complaint.

Dated: December 20, 2016                PHILLIP A. TALBERT
                                                  United States Attorney

                                        By:  /s/ Ross Pearson
                                                  ROSS PEARSON
                                                  Assistant United States Attorney

```
1  PHILLIP A. TALBERT
   United States Attorney
2  ROSS PEARSON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-154-SKO |
|---|---|
| Plaintiff, | ORDER ON MOTION TO DISMISS COMPLAINT |
| v. | |
| ARMANDO CARRANZA, | |
| Defendants. | |

### ORDER

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the charges in the complaint in the above-captioned action against the named defendant. It is hereby ORDERED that the complaint is dismissed.

IT IS SO ORDERED.

Dated:  **December 21, 2016**          /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE