FILED

DEC 2 0 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-MJ-00154 SKO |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ARMANDO CARRANZA, | |
| Defendant. | |

On December 21, 2016, the Court granted the government's Motion to Dismiss the Complaint, documents [3] and [5]. As such, the Warrant for Arrest issued on November 23, 2016, is ORDERED RECALLED.

Dated: December 21, 2016

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

CC: original to USM, Fresno